**MAY & MAY TRUCKING, L.L.C., Appellant,**

v.

**PROGRESSIVE NORTHWESTERN INS. CO., Respondent.**

**WD 79183**

Missouri Court of Appeals, Western District.

Filed: June 13, 2017

Motion for Rehearing and/or Transfer to Supreme Court Denied August 1, 2017

Application for Transfer to Supreme Court Denied October 31, 2017

William Nacy, Jefferosn City for appellant

Brette Hart and Emily Yessen, Leawood, KS for respondent

Before Division Three: Alok Ahuja, P.J., and Victor C. Howard and James E. Welsh, JJ.

### ORDER

PER CURIAM:

May & May Trucking, L.L.C. insured a dump truck with Progressive Northwestern Insurance Company. The truck was stolen, and recovered several months later. May contended that Progressive unreasonably delayed its investigation and unreasonably refused to pay for the loss of the truck prior to its recovery. May sued Progressive in the Circuit Court of Cole County for breach of contract and vexatious refusal to pay. Following the first phase of a bifurcated trial limited to May's breach of contract claim, the jury returned a verdict for Progressive. May appeals, contending that the circuit court erroneously excluded evidence of Department of Insurance regulations imposing time standards for an insurer's investigation and resolution of claims. We affirm. Because a published opinion would have no precedential value, we have provided the parties an unpublished memorandum setting forth the reasons for this order. Rule 84.16(b).